UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF TOMCHECK,<br><br>   Plaintiff,<br><br>   v.<br><br>TAYLOR, BEAN, & WHITAKER MORTGAGE CORP., et al.<br>   Defendants. | Case No. EDCV 09-01345 VAP (SSx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Taylor, Bean, & Whitaker Mortgage Corp., Mortgage Electronic Registration Systems, Inc., ("MERS"), and TBW Mortgage Backed Trust Series 2006-2, is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: August 4, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge