UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF TOMCHECK, | Case No. EDCV 09-01345 VAP (SSx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| TAYLOR, BEAN, & WHITAKER MORTGAGE CORP., et al. | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Titanium Solutions, Inc. is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  August 4, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge